IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 11-02018-SEK |
| LEONCIO RODRIGUEZ AYALA<br>TERESA AGOSTO VAZQUEZ | CHAPTER 13 |
| DEBTORS | |

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
## AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COME NOW, **LEONCIO RODRIGUEZ AYALA and TERESA AGOSTO VAZQUEZ** debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray:

1. Debtors are hereby submitting an amended Plan dated July 22, 2011, herewith and attached to this motion.

2. This Amended Chapter 13 Plan is filed to provide for the pre-petition arrears with Doral Bank.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants, debtors, Leoncio Rodriguez Ayala and Teresa Agosto Vazquez and to all creditors and parties in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 22nd day of July, 2011.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
EMAIL: rfc.rfclaw@gmail.com

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                               Case No. **11-02018-13**

**RODRIGUEZ AYALA, LEONCIO & AGOSTO VAZQUEZ, TERESA**     Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: _____       ☑ AMENDED PLAN DATED: **7/22/2011**
☐ PRE ☐ POST-CONFIRMATION       Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | | |
|---|---|---|---|
| $ **2,000.00** | x **39** | = $ | **78,000.00** |
| $ | x | = $ | |
| $ | x | = $ | |
| $ | x | = $ | |
| $ | x | = $ | |

TOTAL: $ **78,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM
within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **78,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ **2,674.00**

Signed: **/s/ LEONCIO RODRIGUEZ AYALA**
         Debtor

         **/s/ TERESA AGOSTO VAZQUEZ**
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:

| Cr. **BANCO POPULAR D** | Cr. **DORAL BANK** | Cr. **DORAL BANK** |
|---|---|---|
| # **82200111297780001** | # **8930030065958** | # **8930030045125** |
| $ **43.73** | $ **592.59** | $ **562.15** |

2. ☑ Trustee pays IN FULL Secured Claims:

| Cr. **MUEBLERIA BERRIC** | Cr. **WORLD FIN** | Cr. |
|---|---|---|
| # **509515003** | # **101058353** | # |
| $ **2,763.93** | $ **4,016.87** | $ |

3. ☐ Trustee pays VALUE OF COLLATERAL:

| Cr. | Cr. | Cr. |
|---|---|---|
| # | # | # |
| $ | $ | $ |

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
    **DORAL BANK (5958) BANCO POPULAR D**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
               ☐ Paid 100% / ☐ Other: _____

| Cr. | Cr. | Cr. |
|---|---|---|
| # | # | # |
| $ | $ | $ |

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
Debtors otherwise maintains regular payments directly to: Doral Bank (account no. 5125), Doral Bank (account no. 6995).
DEBTOR(S) will pay GENERAL UNSECURED in full (100% + 6% interest per annum), under Chapter 13 Plan.
*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

---

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**       Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

| | |
|---|---|
| RODRIGUEZ AYALA, LEONCIO<br>VILLA CARMEN<br>M2 ARECIBO STREET<br>CAGUAS, PR 00725 | ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369 |
| AGOSTO VAZQUEZ, TERESA<br>VILLA CARMEN<br>M2 ARECIBO STREET<br>CAGUAS, PR 00725 | JC PENNEY<br>PO BOX 364788<br>SAN JUAN, PR 00936-4788 |
| R. Figueroa Carrasquillo<br>Law Office<br>PO Box 193677<br>San Juan, PR 00919-3677 | JULIO R CALDERIN<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 |
| AT&T<br>5407 ANDREWS HIGHWAY<br>MIDLAND, TX 79706 | MILITARY STAR<br>3911 WALTON WALKER<br>DALLAS, TX 75266 |
| BANCO POPULAR DE PR<br>PO BOX 70100<br>SAN JUAN, PR 00936-8100 | MUEBLERIA BERRIOS<br>PO BOX 674<br>CIDRA, PR 00739-0674 |
| CAPITAL ONE<br>PO BOX 85148<br>RICHMOND, VA 23276-0001 | PR ACQUISITIONS<br>250 MUNOZ RIVERA AVE STE 1200<br>SAN JUAN, PR 00918 |
| DORAL BANK<br>BOX 308<br>CATANO, PR 00963 | RAMOS & BAGUE LAW OFFICE<br>PO BOX 306<br>CAGUAS, PR 00726-0306 |
| FIRST BANK<br>PO BOX 19327<br>SAN JUAN, PR 00910-1427 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 |
| HARVARD COLL<br>SPRINT<br>4839 N ELSTON AVE<br>CHICAGO, IL 60630 | SEARS<br>PO BOX 6189<br>SIOUX FALLS, SD 57117 |
| HSBC BANK<br>PO BOX 5253<br>CAROL STREAM, IL 60197 | WORLD FIN<br>PO BOX 4027<br>SAN JUAN, PR 00936 |