UNITED STATES BANKRUPTCY COURT
SAN JUAN
DIVISION 1 DIVISION

IN RE:                                                                 CASE NO. 11-02018-MCF
                                                                       CHAPTER 13
LEONCIO RODRIGUEZ AYALA
TERESA AGOSTO VAZQUEZ                                                  JUDGE MILDRED CABAN FLORES

        DEBTORS                                                        **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, JOSE R CARRION files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** DORAL BANK

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 12-1 | XXXXXXXXX5125 | $0.00 | $562.15 | $562.15 |
| Total Amount Paid by Trustee | | | | $562.15 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 11-02018-MCF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 3rd day of July, 2014.

LEONCIO RODRIGUEZ AYALA, TERESA AGOSTO VAZQUEZ, VILLA CARMEN, M2 CALLE ARECIBO, CAGUAS, PR 00725

ELECTRONIC SERVICE - ROBERTO FIGUEROA CARRASQUILL*, PO BOX 193677, SAN JUAN, PR 00919-3677

DORAL BANK, PO BOX 70308, SAN JUAN, PR 00936-8308

ELECTRONIC SERVICE - sramirez@sarlaw.com

ELECTRONIC SERVICE - United States Trustee

| | |
|---|---|
| Date: July 03, 2014 | /s/ JOSE R CARRION |
| | JOSE R CARRION |
| | Chapter 13 Trustee |
| | CHAPTER 12 TRUSTEE |
| | PO BOX 9023884 |
| | SAN JUAN, PR 00902-3884 |